DENNIS M. PRINCE, ESQ.
Nevada Bar No. 5092
KEVIN T. STRONG, ESQ.
Nevada Bar No. 12107
**EGLET PRINCE**
400 South 7th Street, 4th Floor
Las Vegas, Nevada 89101
Tel.:    702-450-5400
Fax:    702-450-5451
eservice@egletlaw.com
Attorneys for Plaintiffs
*Steven T. Taylor and Mary A. Taylor*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| STEVEN T. TAYLOR and MARY A. TAYLOR; and ROBERT KILROY,<br><br>Plaintiffs,<br><br>vs.<br><br>MAXUM SPECIALTY INSURANCE GROUP; MAXUM CASUALTY INSURANCE COMPANY; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | CASE NO. 2:19-cv-00081-GMN-PAL<br><br>**STIPULATION AND ORDER TO EXTEND PLAINTIFFS' TIME TO FILE OPPOSITION TO MAXUM SPECIALY INSURANCE GROUP AND MAXUM CASUALTY INSURANCE COMPANY'S MOTION TO DISMISS COUNTERCLAIM FOR LACK OF SUBJECT MATTER JURISDICTION** |

IT IS HEREBY STIPULATED AND AGREED between Plaintiffs Steven T. Taylor and Mary A. Taylor and Robert Kilroy and Defendants Maxum Specialty Insurance Group and Maxum Casualty Insurance Company, by and through the parties' respective counsel, pending the Court's approval, that the deadline for Plaintiffs to file their Opposition to Defendants Maxum Specialty Insurance Group and Maxum Casualty Insurance Company's Motion to Dismiss Counterclaim for Lack of Subject Matter Jurisdiction shall be extended from February 1, 2019 to February 11, 2019. The Motion was filed on January 18, 2019.

The purpose for requesting this extension is due to a couple of pending filing deadlines Plaintiffs' counsel has to address in both the Ninth Circuit Court of Appeals and the Nevada

1

Supreme Court. Plaintiffs also need additional time to address the complexities of the legal issues raised in Defendants' Motion.

In light of these issues, pending the Court's approval, counsel for Defendants Maxum Specialty Insurance Group and Maxum Casualty Insurance Company has graciously agreed to a ten-day extension through and until February 11, 2019 for Plaintiffs to file their Opposition to the underlying motion. This is the <u>first extension</u> requested in connection with the underlying motion and the parties understand the need to complete the briefing of this Motion. Therefore, the parties respectfully request that this Court approve the foregoing stipulation.

DATED this 1st day of February, 2019 　　　　DATED this 1st day of February, 2019

/s/ Dennis M. Prince　　　　　　　　　　　　/s/ Chad C. Butterfield
DENNIS M. PRINCE, ESQ.　　　　　　　　SHERI THOME, ESQ.
Nevada Bar No. 5092　　　　　　　　　　　Nevada Bar No. 8657
KEVIN T. STRONG, ESQ.　　　　　　　　　CHAD C. BUTTERFIELD, ESQ.
Nevada Bar No. 12107　　　　　　　　　　Nevada Bar No. 10532
**EGLET PRINCE**　　　　　　　　　　　　**WILSON, ELSER, MOSKOWITZ,**
400 South 7th Street, 4th Floor　　　　　　　**EDELMAN & DICKER LLP**
Las Vegas, Nevada 89101　　　　　　　　　300 S. 4th Street, 11th Floor
Attorneys for Plaintiffs　　　　　　　　　　Las Vegas. Nevada 89101
*Steven T. Taylor and Mary A. Taylor*　　　　Attorneys for Defendants
　　　　　　　　　　　　　　　　　　　　*Maxum Specialty Insurance Group and*
　　　　　　　　　　　　　　　　　　　　*Maxum Casualty Insurance Company*

DATED this 1st day of February, 2019

/s/ Robert A. Winner
ROBERT A. WINNDER, ESQ.
**ROBERT WINNER, LTD.**
4675 Wynn Road
Las Vegas, Nevada 89103
Attorney for Plaintiff
*Robert Kilroy*

**ORDER**

**IT IS SO ORDERED.**

Dated this __2__ day of February, 2019.

_____
UNITED STATES DISTRICT JUDGE

2